```
MINUTE ENTRY
FALLON, J.
FEBRUARY 16, 2017
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-219 |
| CLINT A. SCHWAB | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:   AUSA Richard Pickens, II, for government
               Valerie Jusselin, Asst. FPD, for defendant
               Probation Officer

---

REARRAIGNMENT AS TO ONE COUNT BILL OF INFORMATION:

Defendant is present to withdraw former plea of not guilty and enter a plea of guilty.
A Waiver of Indictment has been previously signed and filed into the record.
Reading of the Bill of Information is waived.
The defendant is sworn and questioned by the Court.
The defendant is read a summary of the charges and is informed of the maximum penalties.
The defendant enters a guilty plea.
The signed factual basis is filed into the record.
The defendant is adjudged guilty on the plea.
The Court orders a Pre-Sentence Investigation Report.
Sentencing is set for Thursday, May 25, 2017, at 2:00 pm.
The defendant is released on present bond.


JS-10:   :13